.

| | | |
|---|---|---|
| SONYA LYNETTE MOYE-DANIELS<br>1440 CINDY DR<br>TERRY, MS 39170 | CENTURY FIRST<br>3318 HARDY STREET<br>HATTIESBURG, MS 39401 | PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>CLEVELAND, OH 44143 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CONN'S HOMEPLUS<br>10130 HIGHWAY 151<br>SAN ANTONIO, TX 78251 | REGIONAL FINANCE<br>979 BATESVILLE RD<br>GREER, SC 29651 |
| 1ST HERITAGE<br>101 N MAIN ST<br>STE 600<br>GREENVILLE, SC 29601 | CONSUMER PORTFOLIO<br>ATTN: BANKRUPTCY<br>PO BOX 57071<br>IRVINE, CA 92619 | RENASANT BANK<br>411 HWY 80 E<br>CLINTON, MS 39056 |
| ACIMA<br>9815 S MONROE ST<br>SANDY, UT 84070 | ELAN FINANCIAL SERVICE<br>PO BOX 108<br>SAINT LOUIS, MO 63166 | REPUBLIC FINANCE LLC<br>ATTN: BANKRUPTCY<br>7031COMMERCE CIRCLE<br>BATON ROUGE, LA 70809 |
| ADT<br>PO BOX 371490<br>PITTSBURGH, PA 15250 | FERGUS FCU<br>1026 E BROAD ST<br>MONTICELLO, MS 39654 | SHELTER INSURANCE CO<br>1817 W BROADWAY<br>COLUMBIA, MO 65218 |
| BANK PLUS<br>1068 HIGHLAND COLONY P<br>RIDGELAND, MS 39157 | FIRST METROPOLITAN<br>ATTN: BANKRUPTCY<br>6295 SUMMER AVE<br>STE 102<br>MEMPHIS, TN 38134 | SLM LOGISTICS<br>54 JOE BENN RD<br>BEAUMONT, MS 39423 |
| BITTY ADVANCE<br>1855 GRIFFIN RD<br>DANIA, FL 33004 | NAVY FEDERAL CU<br>ATTN: BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD, VA 22119 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| CAPITAL ONE AUTO<br>PO BOX 260848<br>PLANO, TX 75026-0848 | NETCREDIT<br>175 W JACKSON BLVD<br>CHICAGO, IL 60604 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>POB 965064<br>ORLANDO, FL 32896 |
| CCB-INTEGRA<br>120 S LASALLE ST<br>CHICAGO, IL 60603 | OUR KIDS CHRISTIAN<br>40 HOLIDAY RAMBLER LN<br>BYRAM, MS 39292 | VIVIAN PORTER<br>3504 POSEY RD<br>SMITHDALE, MS 39664 |

```
WORLD FINANCE CORP
ATTN: BANKRUPTCY
PO BOX 6429
GREENVILLE, SC 29606
```