## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Sonya Lynette Moye-Daniels                                    CHAPTER 13
      Debtor                                                                    CASE NO. 25-01221-JAW

### OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, First Heritage ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor which is secured by the following: HP Desktop computer; HP desktop computer, 85" Phillips TV; 85" Philips TV; Scag Big Cat Riding Lawn Mower (collectively, the "Property").

2. The amount owed to Objector is approximately $9,142.86 plus interest.

3. Debtor's Chapter 13 Plan fails to include payment on the Property.

4. The amount of the secured claim that should be paid to Objector is approximately $3,000.00 plus interest.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its claim of approximately $3,000.00 plus interest, and for such other and more general relief as is just.

                                                     Respectfully submitted,

                                                     **BENNETT LOTTERHOS SULSER**
                                                     **& WILSON, P.A.**

                                                     /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## **CERTIFICATE OF SERVICE**

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Torri Parker Martin at tpm@tpmartinch13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Sonya Lynette Moye-Daniels
1440 Cindy Dr.
Terry, MS  39170

/s/ Charles Frank Fair Barbour