# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Sonya Lynette Moye-Daniels  **CHAPTER 13**
     Debtor  **CASE NO. 25-01221-JAW**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, First Heritage, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

    a.    CURO Group Holdings Corp.

                          Respectfully submitted,

                          **BENNETT LOTTERHOS SULSER**
                          **& WILSON, P.A.**

                          /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com