

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Sonya Lynette Moye-Daniels                                        CHAPTER 13
      Debtor                                                          CASE NO. 25-01221-JAW

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #19]

**CAME BEFORE THIS COURT** on Objection of First Heritage ("Objector") to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor which is secured by the following: HP Desktop computer; HP desktop computer, 85" Phillips TV; 85" Philips TV; Scag Big Cat Riding Lawn Mower (collectively, the "Property").

2. That the Chapter 13 Plan should be amended to surrender and abandon the Property.

3. That the balance of Objector's claim shall be treated as a general unsecured claim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Debtor's Chapter 13 Plan shall be amended to surrender and abandon the Property, and Objector's claim shall be treated as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Semoune Ellis (w/permission CB) for
Torri Parker Martin
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com