**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:     Sonya Lynette Moye-Daniels, Debtor**          **Case No. 25-01221-JAW**
                                                                              **CHAPTER 13**

AMENDED CERTIFICATE OF SERVICE

On June 26, 2025, a copy of this Application for Compensation was filed on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sonya Lynette Moye-Daniels

CASE NO: 25-01221

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/26/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sonya Lynette Moye-Daniels

CASE NO: 25-01221

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/26/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                      ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING       CAPITAL ONE AUTO FINANCE  A DIVISION OF  ~~(U)FIRST HERITAGE~~
NCRS ADDRESS DOWNLOAD                  CAPI
CASE 25-01221                          4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI       OKLAHOMA CITY  OK 73118-7901
THU JUN 26 11-56-55 PST 2025


                                       ~~EXCLUDE~~

FIRST METROPOLITAN FINANCIAL SERVICES  ~~US BANKRUPTCY COURT~~                  1ST HERITAGE
CLIN                                   ~~THAD COCHRAN US COURTHOUSE~~           101 N MAIN ST
CO B JOEY HOOD II ATTORNEY AT LAW PLLC ~~501 E COURT STREET~~                   STE 600
PO BOX 759                             ~~SUITE 2300~~                           GREENVILLE  SC 29601-4846
ACKERMAN  MS 39735-0759                ~~JACKSON  MS 39201-5036~~


ADT                                    ACIMA                                   B JOEY HOOD  II  ESQ
PO BOX 371490                          9815 S MONROE ST                        ATTORNEY AT LAW  PLLC
PITTSBURGH  PA 15250-7490              SANDY  UT 84070-4296                    FOR FIRST METROPOLITAN FINANCIAL
                                                                               SERVICE
                                                                               PO BOX 759
                                                                               ACKERMAN  MS 39735-0759


BANK PLUS                              BITTY ADVANCE 2  LLC                    CAPITAL ONE AUTO
1068 HIGHLAND COLONY P                 1855 GRIFFIN RD A474                    PO BOX 260848
RIDGELAND  MS 39157-8807               DANIA BEACH  FL 33004-2241             PLANO  TX 75026-0848


CAPITAL ONE AUTO FINANCE               CAPITAL ONE AUTO FINANCE               CCBINTEGRA
AIS PORTFOLIO SERVICES  LLC            A DIVISION OF CAPITAL ONE NA           120 S LASALLE ST
4515 N SANTA FE AVE DEPT APS           4515 N SANTA FE AVE DEPT APS           CHICAGO  IL 60603-3403
OKLAHOMA CITY OK 73118-7901            OKLAHOMA CITY  OK 73118-7901


(P)CENTURYFIRST FEDERAL CREDIT UNION   CONNS HOMEPLUS                         CONSUMER PORTFOLIO
3318 HARDY STREET                      10130 HIGHWAY 151                      ATTN BANKRUPTCY
HATTIESBURG MS 39401-6962              SAN ANTONIO  TX 78251-4771             PO BOX 57071
                                                                              IRVINE  CA 92619-7071


(P)US BANK                             FERGUS FCU                             FIRST METROPOLITAN
PO BOX 5229                            1026 E BROAD ST                        ATTN BANKRUPTCY
CINCINNATI OH 45201-5229               MONTICELLO  MS 39654-7702              6295 SUMMER AVE
                                                                              STE 102
                                                                              MEMPHIS  TN 38134-5983


HEIGHTS FINANCE                        NAVY FEDERAL CU                        NETCREDIT
101 N MAIN ST STE 600                  ATTN BANKRUPTCY                        175 W JACKSON BLVD
GREENVILLE  SOUTH CAROLINA 29601-4846  PO BOX 3302                            CHICAGO  IL 60604-3043
                                       MERRIFIELD  VA 22119-3302


NETCREDIT                              OUR KIDS CHRISTIAN                     PROGRESSIVE INSURANCE
175 W JACKSON BLVD                     40 HOLIDAY RAMBLER LN                  6300 WILSON MILLS RD
SUITE 600                              BYRAM MS 39272-5580                    CLEVELAND  OH 44143-2182
CHICAGO  IL 60604-2948

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE ROAD STE B
GREER SC 29651-6819

REGIONAL FINANCE
979 BATESVILLE RD
GREER  SC 29651-6819

RENASANT BANK
411 HWY 80 E
CLINTON  MS 39056-4719


EXCLUDE

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

SLM LOGISTICS
54 JOE BENN RD
BEAUMONT  MS 39423-2665


SHELTER INSURANCE CO
1817 W BROADWAY
COLUMBIA  MO 65218-0001

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
POB 965064
ORLANDO  FL 32896-5064


EXCLUDE

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

VIVIAN PORTER
3504 POSEY RD
SMITHDALE  MS 39664-8708


DEBTOR

EXCLUDE

WORLD FINANCE CORP
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

SONYA LYNETTE MOYEDANIELS
1440 CINDY DR
TERRY  MS 39170-8554

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~


EXCLUDE

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~