**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re:

SONYA LYNETTE MOYE-DANIELS

Case No.: 25-01221-JAW

*DEBTOR.*

CHAPTER 13

| | | |
|---|---|---|
| To: | Craig A. Edelman, Authorized Agent<br>Bonial & Associates, P.C.<br>P.O. Box 9013<br>Addison TX 75001 | cc: First Heritage<br>101 N Main St. Ste 600<br>Greenville SC 29601 |

Heights Finance
101 N Main St. Ste 600
Greenville SC 29601

## Notice

The *Amended Proof of Claim* (**Claim 8-2**) filed by Craig A. Edelman, Authorized Agent with Bonial & Associates, P.C., on June 26, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 8-2** is Heights Finance. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

Please be advised that the Claim Owner for **Claim 8-2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Dated: June 27, 2025

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790