United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01221-JAW
Sonya Lynette Moye-Daniels  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Jun 27, 2025  Form ID: pdf012  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Craig A. Edelman, Authorized Agent, Bonial & Associates, P.C, P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5526766 | + | Email/Text: bankruptcy@curo.com | Jun 27 2025 19:33:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5523085 | + | Email/Text: bankruptcy@curo.com | Jun 27 2025 19:33:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

**Name**      **Email Address**

B. Joey Hood, II
     on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com

Charles F. F. Barbour
     on behalf of Creditor First Heritage cbarbour@blswlaw.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 27, 2025 | Form ID: pdf012 | Total Noticed: 3 |

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:

**SONYA LYNETTE MOYE-DANIELS**　　　　　　　　Case No.: 25-01221-JAW

*DEBTOR.*　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**

To:　Craig A. Edelman, Authorized Agent　　　cc:　First Heritage
　　　Bonial & Associates, P.C.　　　　　　　　　　101 N Main St. Ste 600
　　　P.O. Box 9013　　　　　　　　　　　　　　　　Greenville SC 29601
　　　Addison TX 75001

　　　Heights Finance
　　　101 N Main St. Ste 600
　　　Greenville SC 29601

## Notice

The *Amended Proof of Claim* (**Claim 8-2**) filed by Craig A. Edelman, Authorized Agent with Bonial & Associates, P.C., on June 26, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 8-2** is <u>Heights Finance</u>. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

Please be advised that the Claim Owner for **Claim 8-2** remains <u>Heights Finance</u> pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Dated: June 27, 2025　　　　　　　　　　　　Danny L. Miller, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　Dan M. Russell, Jr. U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　2012 15th Street, Suite 244
　　　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　　　　　　228-563-1790