# ITEMIZATION, PROMISSORY NOTE, AND SECURITY AGREEMENT

**MISSISSIPPI NOTE/SECURITY AGREEMENT (7-21)**

**Lender and Secured Party**
FIRST METROPOLITAN FINANCIAL SERVICES, INC.
305 HWY 80 EAST
CLINTON, MS 39056

The within instrument or agreement is pledged as collateral to

The within instrument or agreement is pledged as collateral to Independent Bank

| ACCOUNT NUMBER | TYPE | DATE FINANCE CHARGE BEGINS TO ACCRUE | IF OTHER THAN DATE OF LOAN |
|---|---|---|---|
| 5372 | | 9/20/2024 | |

**DEBTOR'S NAME/MAILING ADDRESS**
SONYA MOYE- DANIELS
1440 CINDY DR
TERRY, MS 39170

| DATE OF LOAN | FIRST DUE DATE | OTHERS SAME DAY EACH MONTH | FINAL DUE DATE | FIRST PAYMENT | REGULAR PAYMENT | PAYABLE IN | | Check To: |
|---|---|---|---|---|---|---|---|---|
| 9/20/2024 | 10/20/2024 | | 9/20/2026 | $ 360.00 | $ 360.00 | 24 MONTHLY PAYMENTS | $ 5,004.88 | SONYA MOYE- DANIELS |

### ITEMIZATION OF AMOUNT FINANCED

1. $ 5,004.88 Amount Paid to you or on your behalf *
2. $ 0.00 Amount Applied to Pay Prior Account
3. $ 138.24 Premium to Life Ins. Co. *
4. $ 390.60 Premium to Disability Ins Co. *
5. $ 673.92 Premium to Property Ins. Co. *
6. $ 0.00 Auto Insurance Premium (LPD) *
7. $ 9.00 To Public Officials for Recording & Releasing Fees
8. $ 0.00 To Public Officials for Title and Registration Fees
9. $ 0.00 Non-Filing Ins. Prem.          $ _____ Other Fees
10. $ 0.00 To Appraiser for Appraisal Fee    *We may be retaining a portion of those amounts.
11. $ 0.00 Other (S.I. Auto Ins.)*
12. $ 6,216.64 Amount Financed        (a) $ 2,077.76 Interest
13. $ 2,423.36 FINANCE CHARGE (a + b) (b) $ 345.60 Closing Fee (Prepaid Finance Charge)
14. $ 8,640.00 Total of Payments      $ 6,216.64 Principal Amount of Loan
15. 33.84 % ANNUAL PERCENTAGE RATE    27.94 % Agreed Rate of Charge

$ 0.00

## PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned (all, if more than one), herein referred to as "Debtor", jointly and severally promise to pay to the order of the above named Lender at its above address the Total of Payments above stated. Debtor agrees to pay Lender a Closing Fee not exceeding 4% of the Total of Payments due on this loan or $25.00, whichever is greater on loans less than $10,000.00. Debtor agrees to pay a Closing Fee of $500.00 maximum on loans greater than $10,000.00 Total of Payments. All provisions set out above are incorporated in this Note by reference as though fully set out herein.

Payment hereon shall be made in consecutive monthly installments, in the number and amounts set forth above, beginning on the first payment date and continuing thereafter on the same day of each succeeding month to and including the final payment date shown above. If no such date exists in any given month, payment will be due the last day of that month.

DEFAULT: If any installment is not paid within __14__ days after it is due, a default charge will be payable by debtor of __4.00__ % the amount in default, or $ __5.00__, whichever is greater.

In the event of default in any payment in whole or in part, or any other default, Lender may, at its option and without notice or demand, declare the entire unpaid balance, less credit for unearned charges, immediately due and payable.

If this note is placed in the hands of an attorney for collection, Debtor agrees to pay reasonable attorney's fees not to exceed 25% of the unpaid balance and court costs incurred by Lender, if allowed by applicable law.

PREPAYMENT: Prepayment may be made in full or part at any time. If this loan is prepaid in full, Debtor will receive a refund of the unearned portion of the Finance Charge calculated in accordance with the Rule of 78's based upon months prepaid determined as described hereafter. The number of months and days from 30 days prior to the first scheduled payment date to the date of prepayment plus 20 days will be the number of months and days earned. If the days earned in addition to months do not exceed 15 days, such additional days shall be disregarded.

DISHONORED CHECKS: Lender may charge and collect from Debtor a bad or dishonored check charge equal to the actual charge, not to exceed $15.00, made by the depository institution whenever any check or other instrument given by Debtor in payment on this loan is dishonored.

DEFERRAL CHARGE: Lender and Debtor agree that all or part of one (1) or more unpaid installment payments may be deferred and a deferral charge made for such deferment. The deferment charge shall not exceed an amount equal to the result of applying the Annual Percentage Rate to the amount deferred for the deferment period, calculated without differences in the lengths of months, but proportionately for a part of a month. Counting each day as one-thirtieth (1/30) of a month. If the loan is prepaid in full during a deferment period, Debtor shall receive a refund of the unearned deferment charge. No more than 2 deferrals on which the charge described above is made, may be agreed to in any 12 month period.

## SECURITY AGREEMENT

To secure the payment of the above described loan which is evidenced by the Note above, and any future loans to Debtor(s) by Lender, Debtor(s) hereby grant(s) to Lender a security interest under the Uniform Commercial Code in the property described below which is indicated by an "X" in the box beside the description of such property, and the proceeds thereof.

☐ The following described motor vehicle(s) together with all equipment, parts and accessories.

| YEAR | MAKE | BODY TYPE | MODEL NO. | SERIAL NO. | NO. CYL. |
|---|---|---|---|---|---|
| | | | | | |

☒ Other property now owned by Debtor at Debtor's address unless otherwise stated.
☒ Personal property listed on Exhibit A.
☐ Other persons signing this loan note are as follows:

together with all improvements, betterments and accessories thereto, and all other equipment, parts, accessories, and attachments, now or hereafter installed in, affixed to or used in connection with said property and all other consumer goods of a similar kind hereafter acquired within 10 days of the date of this loan. Proceeds of collateral are also covered; however, such shall not be construed to mean that the Secured Party consents to any sale of such collateral.

DEBTOR(S) UNDERSTAND AND AGREE THAT ALL OF THE ADDITIONAL TERMS ON THE REVERSE SIDE HEREOF ARE A PART OF THE SECURITY AGREEMENT HEREOF AS IF FULLY SET FORTH AT THIS POINT.

Debtor(s) acknowledge receiving a fully completed copy of the above combined Itemization, Promissory Note and Security Agreement.

Debtor(s) understand and agree if no security is set out and described in the Security Agreement, then only the provisions of the Note are applicable.

ALTERNATE DISPUTE RESOLUTION:
Borrower and Lender have agreed to arbitrate certain disputes between them as described in a separate Alternative Dispute Resolution Agreement. The ADR Agreement is a material inducement to Lender to make this loan to Borrower. ___✓___ YES _____ NO

DEBTOR(S) UNDERSTANDS AND AGREES THAT THE ALTERNATIVE DISPUTE RESOLUTION (ARBITRATION) AGREEMENT IS A PART OF THIS PROMISSORY NOTE, AS IF FULLY SET FORTH HEREIN. BY SIGNATURE BELOW, DEBTOR(S) ACKNOWLEDGES SUCH AGREEMENT TO ARBITRATE AND FURTHER ACKNOWLEDGES THE WAIVER OF JURY TRIAL PROVISION SET FORTH WITHIN.

_____ Witness                    _____ (Seal) DEBTOR
(Agent of Lender - Secured Party)                  _____ (Seal) DEBTOR
                        (Seal)                     _____ (Seal) DEBTOR

# FEDERAL DISCLOSURE STATEMENT AND INSURANCE DISCLOSURE

**LENDER'S NAME & ADDRESS:**
FIRST METROPOLITAN FINANCIAL SERVICES, INC.
305 HWY 80 EAST
CLINTON, MS 39056

**MISSISSIPPI DISCLOSURE SET (7-21)**

The within instrument or agreement is pledged as collateral to

**ACCOUNT NO.** 5372
**FIRST DUE DATE** 10/20/2024

**BORROWER'S NAME / MAILING ADDRESS:**
SONYA MOYE- DANIELS
1440 CINDY DR
TERRY, MS 39170

The within instrument or agreement is pledged as collateral to Independent Bank

**DATE OF LOAN** 9/20/2024    As used in this document, the words "you" and "your" refer to Borrower(s).

| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | FINANCE CHARGE — The dollar amount the credit will cost you. | Amount Financed — The amount of credit provided to you or on your behalf. | Total of Payments — The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 33.84 % | $ 2,423.36 | $ 6,216.64 | $ 8,640.00 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 360.00 | Monthly Beginning 10/20/2024 |
| 23 | $ 360.00 | Due the Same Day Each Successive Month as the First Payment Day |

**FILING FEES** $ 9.00    **NON-FILING INSURANCE** $ _____

**SECURITY:** You are giving a security interest in:
☐ the goods or property being purchased    ☒ personal property
☐ your automobile    ☐ other _____

Collateral securing other loans with Lender may also secure this loan.

**LATE CHARGE:** If you don't pay any payment within __14__ days after its due date, you will pay the greater of __4.00__ % of the unpaid amount of the late payment or $ 5.00.

**PREPAYMENT:** If you pay off early, you ☒ may ☐ will not be entitled to a refund of part of the Finance Charge.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, credit and property insurance, and prepayment refunds and penalties.

## INSURANCE

Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign agreeing to pay the additional cost.

| TYPE | TERM | PREMIUM | AMOUNT OF COVERAGE | | SIGNATURE | |
|---|---|---|---|---|---|---|
| Single credit life* | | $ | $ | I want single credit life insurance. | Signature _____ | |
| Joint credit life* | | $ | $ | We want joint credit life insurance. | Signature _____ Signature _____ | |
| Single credit life and disability* | 24 | $ 528.84 | $ 8,640.00 Monthly Benefit $ 350.00 | I want single credit life and disability insurance. | Signature [signed] | |
| | 24 | | | | | |
| Joint credit life and single disability* | | $ | $ Monthly Benefit $ | We want joint credit life and single disability insurance. | Signature _____ Signature _____ | |

I hereby make application to the named company(s) for the insurance itemized in the schedules and declare that the purchase is entirely voluntary and has not been made compulsory by the creditor. The option has been extended to me to purchase the insurance from any company or agent of my choice. I freely choose the herein named company(s) and agent to whom this application is made and authorize the creditor to deduct from the proceeds of my note the aforesaid amount of my premium.

You may obtain property insurance from anyone you want that is acceptable to the creditor. If you get the insurance from the creditor you will pay $ 673.92 for a term of 24 months. The amount of insurance is $ 8,640.00.

You may obtain single interest automobile insurance from anyone you want that is acceptable to the creditor. If you get the insurance from the creditor you will pay $ _____ for a term of _____ months. The amount of insurance is $ _____.

I have received a completed copy of this Federal Disclosure Statement and Insurance Disclosure before signing the Note or any Security Agreement or instruments securing such Note and Loan.

_____ [signed]    Date 9-20-24    Borrower _____ [signed]
Witness (to all)

_____    Date _____    Borrower _____
Witness

_____    Date _____    Borrower _____
Witness

# FIRST METROPOLITAN FINANCIAL SERVICES, INC.

CHECK ONE: ☐ Appraised Outside  ☒ Verbally Given     EXHIBIT A – PERSONAL PROPERTY

Description of collateral given as security to: FIRST METROPOLITAN FINANCIAL SERVICES, INC.
(Street) 305 HWY 80 EAST      (City) CLINTON      (State) MS   (Zip) 39056
by the undersigned to secure loan as numbered made on date started:
This document is made a part of Disclosure Statement-Note Security Agreement, of even date and further identified by Number of Loan.   5372

### DESCRIPTION OF COLLATERAL GIVEN AS SECURITY

| Date Verified | Cust. Int. | Date Verified | Cust. Int. | Date Verified | Cust. Int. |
|---|---|---|---|---|---|
| SD 9/20/24 | | | | | |

**CONSUMER GOODS** (Valued at current actual value of each item):

| Num | PO | Item | Description | Make/Color | Serial Number | Cash Value |
|---|---|---|---|---|---|---|
| 1 | N | [030] Riding Lawn Mower | SCAG BIGGEST LAWNMOWER | ORANGE | 000001596 | $21,000.00 |
|   | N | [042] Other Miscellaneous | ATV 4WHEELER-POLARIS W/ SNORKEL KIT | | HPOLPP202BX2 | $16,000.00 |
| 2 | N | [001] Television | 75" AND 85" SAMSUNG TVS | | | $3,200.00 |
| | | | | **Total Personal Property Items** | | **$40,200.00** |

Also the following motor vehicle(s), complete with all attachments and equipment, now located at the address of the borrower(s) show above to wit:

The above described items are fully paid for and free of any liens or encumbrances whatsoever and are given as collateral for monies loaned. Further said collateral is located at the address shown on Disclosure Statement-Note-Security Agreement. You will notify us in writing if any security is permanently moved from your residence until this indebtedness is satisfied in full.

### EXCLUSIONS

You specifically exclude from this security agreement the following items on a loan for a personal, family, or household purpose, unless we have a purchase money security interest in the items:
  Clothing, furniture, appliances, one radio and one television, linens, china, crockery, kitchenware, and personal effects
  (including wedding rings) of the borrower(s) and his/her/their dependents.
If any item(s) listed above fall within the excluded items listed here and we do not have a purchase money security interest in the items(s), then this pre-printed Exclusion will supersede the item(s) typed or written above and we do not take a security interest in any excluded item(s).

Borrower SONYA MOYE-DANIELS
Co-Borrower _____   Address 1440 CINDY DR     City TERRY       St MS Zip 39170

Witness _Whitaker_
Date of Loan 9-20-24   Interface Account Number 5372   Spouse of Borrower _____

Witness _____
Date of Loan _____   Interface Account Number _____   Spouse of Borrower _____

Witness _____
Date of Loan _____   Interface Account Number _____   Spouse of Borrower _____

10008 - 01

240317142

File Number: 20244428160A
Date Filed: 9/20/2024 10:00:16 AM
Michael Watson
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Hannah Whitaker  (601) 708-5045

**B. EMAIL CONTACT AT FILER (optional)**
fmfsclinton@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
First Metropolitan Financial Services, Inc. - UCC Online

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor Name (1a or 1b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| MOYE-DANIELS | SONYA | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1440 CINDY DR | TERRY | MS / 39170 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor Name (2a or 2b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | |
|---|---|---|---|
| First Metropolitan Financial Services | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 305 HWY 80 E | Clinton | MS / 39056 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
SCAG RIDING LAWNMOWER ORANGE POLARIS ATV - 4 WHEELER BLUE S/N HPOLPP202BX275" SAMSUNG TV85" SAMSUNG TV

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable)** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)