

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**SONYA LYNETTE MOYE-DANIELS,**                    **CASE NO. 25-01221-JAW**

**DEBTOR.**                                        **CHAPTER 13**

### <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Objection to Confirmation of Chapter 13 Plan filed by First Metropolitan Financial Services, Inc. – Clinton Branch (the "Objection") (Dkt. #28).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on July 21, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for August 18, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693