United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01221-JAW |
| Sonya Lynette Moye-Daniels | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

**Recip ID              Recipient Name and Address**
db              +   Sonya Lynette Moye-Daniels, 1440 Cindy Dr, Terry, MS 39170-8554

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jul 17, 2025 Form ID: pdf012 Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

SONYA LYNETTE MOYE-DANIELS,  CASE NO. 25-01221-JAW

DEBTOR.  CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation of Chapter 13 Plan filed by First Metropolitan Financial Services, Inc. – Clinton Branch (the "Objection") (Dkt. #28). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on July 21, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for August 18, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693