___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: SONYA LYNETTE MOYE-DANIELS**          Bankruptcy No.25-01221-JAW

### AGREED ORDER

This matter came on before the Court on the Objection to Confirmation (Docket No. 28) filed by First Metropolitan Financial Services, Inc. - Clinton Branch ("First Metropolitan"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Order as follows:

The Debtor's plan shall be and is hereby amended to pay First Metropolitan $3,000.00 plus 10% interest for its secured claim over the plan term. The remaining $4,339.35 is to be treated as a general unsecured claim. ( Claim #17)

That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

### ## END OF ORDER ##

**SUBMITTED BY:**                                             **AGREED AND APPROVED**:

*/s/ B. Joey Hood, II*                                        */s/ Thomas Carl Rollins, Jr.* *(with permission)*
B. Joey Hood, II                                              Thomas Carl Rollins, Jr.
Attorney for Creditor                                         Attorney for Debtor
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                                      */s/ Semoune Ellis* *(with permission) on behalf of*
notices@jhoodlaw.com                                          Torri Parker Martin
MBN: 101147                                                   Chapter 13 Trustee