United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01221-JAW |
| Sonya Lynette Moye-Daniels | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

**Recip ID          Recipient Name and Address**
db              + Sonya Lynette Moye-Daniels, 1440 Cindy Dr, Terry, MS 39170-8554

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

**Name**                    **Email Address**

B. Joey Hood, II
                on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com

Charles F. F. Barbour
                on behalf of Creditor First Heritage cbarbour@blswlaw.com

John S. Simpson
                on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr
                on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com
                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

District/off: 0538-3　　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Aug 08, 2025　　　　　　　　　　　Form ID: pdf012　　　　　　　　　　　　Total Noticed: 1

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SONYA LYNETTE MOYE-DANIELS**            Bankruptcy No.25-01221-JAW

**AGREED ORDER**

    This matter came on before the Court on the Objection to Confirmation (Docket No. 28) filed by First Metropolitan Financial Services, Inc. - Clinton Branch ("First Metropolitan"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Order as follows:

    The Debtor's plan shall be and is hereby amended to pay First Metropolitan $3,000.00 plus 10% interest for its secured claim over the plan term. The remaining $4,339.35 is to be treated as a general unsecured claim. ( Claim #17)

    That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

## END OF ORDER ##

**SUBMITTED BY:**                                                      **AGREED AND APPROVED**:

*/s/ B. Joey Hood, II*                                                   */s/ Thomas Carl Rollins, Jr.* (with permission)
B. Joey Hood, II                                                         Thomas Carl Rollins, Jr.
Attorney for Creditor                                                    Attorney for Debtor
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                                                 */s/ Semoune Ellis* (with permission) on behalf of
notices@jhoodlaw.com                                                     Torri Parker Martin
MBN: 101147                                                              Chapter 13 Trustee