United States Bankruptcy Court

Southern District of Mississippi

In re:  Case No. 25-01221-JAW

Sonya Lynette Moye-Daniels  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3

Date Rcvd: Aug 13, 2025      Form ID: n031      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya Lynette Moye-Daniels, 1440 Cindy Dr, Terry, MS 39170-8554 |
| 5514925 | + | B. Joey Hood, II, Esq., Attorney at Law, PLLC, For First Metropolitan Financial Service, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5510183 | + | Ferguson Federal Credit Union, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5510184 | + | First Metropolitan Financial Services, Inc., Clinton branch, 305 Hwy 80 East, Clinton, MS 39056-4717 |
| 5510187 | + | Our Kids Christian, 40 Holiday Rambler Ln, Byram, MS 39272-5580 |
| 5510190 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 5510193 | + | SLM Logistics, 54 Joe Benn Rd, Beaumont, MS 39423-2665 |
| 5510196 | + | Vivian Porter, 3504 Posey Rd, Smithdale, MS 39664-8708 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 19:39:47 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Aug 13 2025 19:33:04 | First Metropolitan Financial Services - Clinton Br, c/o B Joey Hood II Attorney at Law PLLC, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5510172 | + | Email/Text: bankruptcy@curo.com | Aug 13 2025 19:36:00 | 1st Heritage, 101 N Main St, Ste 600, Greenville, SC 29601-4846 |
| 5510174 | + | Email/Text: amscbankruptcy@adt.com | Aug 13 2025 19:36:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 5510173 | + | Email/Text: bankruptcy@acimacredit.com | Aug 13 2025 19:36:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5510175 | + | Email/Text: znotice@bankplus.net | Aug 13 2025 19:36:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5510176 | + | Email/Text: jorleidy@bittyadvance.com | Aug 13 2025 19:36:00 | Bitty Advance 2, LLC, 1855 Griffin Rd A_474, Dania Beach, FL 33004-2241 |
| 5510179 | | Email/Text: bankruptcy@centuryfirstfcu.com | Aug 13 2025 19:36:00 | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5510177 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 13 2025 19:39:46 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5525309 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 19:39:54 | Capital One Auto Finance, a division of Capital One NA, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5512337 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 19:39:41 | Capital One Auto Finance, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5510178 | + | Email/Text: bankruptcynotice@integracredit.com | Aug 13 2025 19:36:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL 60603-3403 |
| 5510180 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: n031 | Total Noticed: 45 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 13 2025 19:36:00 | Conn's HomePlus, 10130 Highway 151, San Antonio, TX 78251-4771 |
| 5510181 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 13 2025 19:36:00 | Consumer Portfolio, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5526766 | + | Email/Text: bankruptcy@curo.com | Aug 13 2025 19:36:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5523085 | + | Email/Text: bankruptcy@curo.com | Aug 13 2025 19:36:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5533187 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2025 19:36:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5531856 | ^ | MEBN | Aug 13 2025 19:32:51 | John S. Simpson, Esq., Simpson Law Firm P.A., For Ferguson Federal Credit Union, P O Box 2058, Madison MS 39130-2058 |
| 5510185 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 13 2025 19:36:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5530432 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 13 2025 19:36:00 | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5510186 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2025 19:36:21 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 5514945 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2025 19:36:21 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5510188 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 13 2025 19:36:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 5510372 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 13 2025 19:36:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5510191 | | Email/Text: bankruptcy@republicfinance.com | Aug 13 2025 19:36:00 | Republic Finance Llc, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5519647 | | Email/Text: bankruptcy@republicfinance.com | Aug 13 2025 19:36:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5510189 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 13 2025 19:36:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5530742 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 19:39:54 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5533403 | | Email/Text: bankruptcy@springoakscapital.com | Aug 13 2025 19:36:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5510192 | + | Email/Text: lwesthoelter@shelterinsurance.com | Aug 13 2025 19:36:00 | Shelter Insurance Co, 1817 W Broadway, Columbia, MO 65218-0001 |
| 5534516 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 19:39:40 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5510194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 19:39:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5510195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 19:39:40 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5516406 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 13 2025 19:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5510182 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 13 2025 19:36:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |
| 5531871 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 19:39:53 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: n031 | Total Noticed: 45 |

| 5510197 | + Email/Text: bk@worldacceptance.com | Aug 13 2025 19:36:41 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |
|---|---|---|---|

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ferguson Federal Credit Union |
| cr | | First Heritage |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01221−JAW
**Chapter:** 13

**In re:**

Sonya Lynette Moye−Daniels
aka Sonya Lynette Moye Daniels
1440 Cindy Dr
Terry, MS 39170

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 13, 2025 (Dkt. # 38 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 13, 2025                               Danny L. Miller, Clerk of Court