

# INVOICE

Invoice # 8445
Date: 10/30/2025
Due On: 11/29/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sonya Lynette Moye-Daniels

### 05860-Moye-Daniels Sonya Lynette

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 06/25/2025 | Draft Fee Application and Proposed Order: Drafted invoice; drafted 2nd part of the 1st Application, the Proposed Order and the Notice; drafted internal message to TR re: review Application; drafted email memo to VM to get the affidavit notarized and signed | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/25/2025 | Review email from Attorney: Reviewed internal message from TR re: 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Reviewed email memo from SA with the affidavit for the Application; merged with the Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Prepared the Application for Compensation; prepared the Application, Notice, Exhibit A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Notice, Exhibits A, C, Proposed Order and the Cost of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/27/2025 | Review: 25-01221-JAW Notice with mailing Document# 25 | 0.10 | $275.00 | $27.50 |
| Service | TR | 07/15/2025 | Review obj, call client, email Cynthia Hood | 0.20 | $275.00 | $55.00 |

Invoice # 8445 - 10/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 07/15/2025 | Review: 25-01221-JAW Objection to Confirmation of the Plan Document# 28 | 0.20 | $275.00 | $55.00 |
| Service | BB | 07/15/2025 | Call Debtor: Phone conference with debtor collecting information needed for certain collateral items. Drafted message to TR informing him of their status. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/18/2025 | Review: 25-01221-JAW Order Setting, Resetting, or Continuing a Hearing Document# 30 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/21/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $275.00 | $55.00 |
| Service | JAC | 07/25/2025 | Review: 25-01221-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 32 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/25/2025 | Review: 25-01221-JAW Order on Application for Compensation Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | KR | 08/05/2025 | Incoming Call: Telephone conference with attorney for First Metropolitan about the Objection to Confirmation wanting to speak with the attorney; drafted email memo to TR re: Objection to Confirmation Hearing | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/07/2025 | Call w/ Joey Hood re: value and location of collateral - Obj to Conf | 0.20 | $275.00 | $55.00 |
| Service | TR | 08/07/2025 | Call w/ Client to discuss settlement proposal | 0.10 | $275.00 | $27.50 |
| Service | TR | 08/07/2025 | Call w/ Joey to discuss settlement | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/11/2025 | Review: 25-01221-JAW Order on Objection to Confirmation Document# 36 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/14/2025 | Review: 25-01221-JAW Order Confirming Chapter 13 Plan Document# 38 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/15/2025 | Review: 25-01221-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 39 | 0.10 | $275.00 | $27.50 |
| Service | BB | 08/18/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing amended payment order. | 0.10 | $100.00 | $10.00 |

Invoice # 8445 - 10/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 10/08/2025 | Call Debtor: Reviewed the Trustee's website to verify payments received; called debtor left message; drafted email and text about the delinquency amount for her plan payments and explained that a payment needs to be received or a Motion to Dismiss could be filed; requested call back | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/09/2025 | Call Debtor: Received message from debtor requesting a call back; telephone conference with debtor about the delinquency and her scheduled payments; reviewed the process of what happens when a Motion to Dismiss is filed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/21/2025 | Review: 25-01221-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 43 | 0.10 | $275.00 | $27.50 |
| Service | BB | 10/21/2025 | Drafted motion to dismiss due to non payment Letter and emailed to SA for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/22/2025 | Contact Debtor (Text/Email): Reviewed email from SA stating the letter has been signed. Drafted email to debtor providing a copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/22/2025 | Incoming Call: Telephone call from debtor informing she received letter about Motion to Dismiss is the mail; she said that she will not be sending the $2,790 payment that she said she was sending as her vehicle needed repairs; informed her that I would have KR call her to discuss the MTD. | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/24/2025 | Review and revise itemizations | 0.10 | $275.00 | $27.50 |
| | | | | **Services Subtotal** | | **$712.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/26/2025 | Difference of cost of Mailing Expense for 1st Application for Compensation (certificateofservice.com) | 1.00 | $43.84 | $43.84 |
| Expense | 10/24/2025 | Estimated Cost of Mailing Expense (certificateofservice.com) | 1.00 | $3.50 | $3.50 |

Invoice # 8445 - 10/30/2025

|  | Expenses Subtotal | $47.34 |
|---|---|---|

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.2 | $275.00 | $330.00 |
| Thomas Rollins | Attorney | 0.7 | $275.00 | $192.50 |
| Brooke Brueland | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $0.00 | $0.00 |
|  |  |  | Subtotal | $759.34 |
|  |  |  | Total | $759.34 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8029 | 07/25/2025 | $2,671.40 | $0.00 | $2,671.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8445 | 11/29/2025 | $759.34 | $0.00 | $759.34 |
|  |  |  | Outstanding Balance | $3,430.74 |
|  |  |  | Total Amount Outstanding | $3,430.74 |

10/30/25, 2:30 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  [4]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  [1]  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|   |   |
|---|---|
|   | 2 |
| Date and Time: | Thu Oct 30 2025 14:30:09 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 4 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                              0.76 |
| Postage Cost: | $                                                              0.78 |
| Total Cost: | $                                              3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED