___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **SONYA LYNETTE MOYE-DANIELS** | **CASE NO. 25-01221- JAW** |

## AGREED ORDER
## GRANTING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Notice and Motion to Dismiss for Non-Payment (Docket #43) and the Debtor's Response (Docket #44). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby granted and the case is hereby dismissed.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas Carl Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas Carl Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. Box 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Fax: (601) 500-5296 |
| Office: (601) 981-9100 | Email: trollins@therollinsfirm.com |
| Email: KGrizzell@tpmartinch13.com | |