United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01221-JAW
Sonya Lynette Moye-Daniels Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Nov 14, 2025      Form ID: ntcdsm      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya Lynette Moye-Daniels, 1440 Cindy Dr, Terry, MS 39170-8554 |
| 5510173 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5514925 | + | B. Joey Hood, II, Esq., Attorney at Law, PLLC, For First Metropolitan Financial Service, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5510183 | + | Ferguson Federal Credit Union, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5510184 | + | First Metropolitan Financial Services, Inc., Clinton branch, 305 Hwy 80 East, Clinton, MS 39056-4717 |
| 5510187 | + | Our Kids Christian, 40 Holiday Rambler Ln, Byram, MS 39272-5580 |
| 5510190 | + | Renasant Bank, 411 Hwy 80 E, Clinton, MS 39056-4719 |
| 5510193 | + | SLM Logistics, 54 Joe Benn Rd, Beaumont, MS 39423-2665 |
| 5510196 | + | Vivian Porter, 3504 Posey Rd, Smithdale, MS 39664-8708 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 15 2025 00:21:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 14 2025 19:22:23 | First Metropolitan Financial Services - Clinton Br, c/o B Joey Hood II Attorney at Law PLLC, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5510172 | + | Email/Text: bankruptcy@curo.com | Nov 14 2025 19:24:00 | 1st Heritage, 101 N Main St, Ste 600, Greenville, SC 29601-4846 |
| 5510174 | + | Email/Text: amscbankruptcy@adt.com | Nov 14 2025 19:24:00 | ADT, PO Box 371490, Pittsburgh, PA 15250-7490 |
| 5510175 | + | Email/Text: znotice@bankplus.net | Nov 14 2025 19:24:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5510176 | + | Email/Text: jorleidy@bittyadvance.com | Nov 14 2025 19:23:00 | Bitty Advance 2, LLC, 1855 Griffin Rd A_474, Dania Beach, FL 33004-2241 |
| 5510179 | | Email/Text: bankruptcy@centuryfirstfcu.com | Nov 14 2025 19:23:00 | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5510177 | | EDI: CAPONEAUTO.COM | Nov 15 2025 00:21:00 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5525309 | + | EDI: AISACG.COM | Nov 15 2025 00:21:00 | Capital One Auto Finance, a division of Capital One NA, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5512337 | + | EDI: AISACG.COM | Nov 15 2025 00:21:00 | Capital One Auto Finance, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5510178 | + | Email/Text: bankruptcynotice@integracredit.com | Nov 14 2025 19:23:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL |

District/off: 0538-3 User: mssbad Page 2 of 3
Date Rcvd: Nov 14, 2025 Form ID: ntcdsm Total Noticed: 45

| Claim # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 60603-3403 |
| 5510180 | + | EDI: JEFFERSONCAP.COM | Nov 15 2025 00:21:00 | Conn's HomePlus, 10130 Highway 151, San Antonio, TX 78251-4771 |
| 5510181 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 14 2025 19:24:00 | Consumer Portfolio, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5526766 | + | Email/Text: bankruptcy@curo.com | Nov 14 2025 19:24:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5523085 | + | Email/Text: bankruptcy@curo.com | Nov 14 2025 19:24:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5533187 | | EDI: JEFFERSONCAP.COM | Nov 15 2025 00:21:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5531856 | ^ | MEBN | Nov 14 2025 19:22:10 | John S. Simpson, Esq., Simpson Law Firm P.A., For Ferguson Federal Credit Union, P O Box 2058, Madison MS 39130-2058 |
| 5510185 | + | EDI: NFCU.COM | Nov 15 2025 00:21:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5530432 | | EDI: NFCU.COM | Nov 15 2025 00:21:00 | Navy Federal Credit Union Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5510186 | + | Email/Text: netcreditbnc@enova.com | Nov 14 2025 19:24:00 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 5514945 | + | Email/Text: netcreditbnc@enova.com | Nov 14 2025 19:24:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5510188 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 14 2025 19:23:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 5510372 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 14 2025 19:23:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5510191 | | Email/Text: bankruptcy@republicfinance.com | Nov 14 2025 19:24:00 | Republic Finance Llc, Attn: Bankruptcy, 7031commerce Circle, Baton Rouge, LA 70809 |
| 5519647 | | Email/Text: bankruptcy@republicfinance.com | Nov 14 2025 19:24:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5510189 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 14 2025 19:23:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5530742 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 19:27:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5533403 | | Email/Text: bankruptcy@springoakscapital.com | Nov 14 2025 19:23:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5510192 | + | Email/Text: lwesthoelter@shelterinsurance.com | Nov 14 2025 19:23:00 | Shelter Insurance Co, 1817 W Broadway, Columbia, MO 65218-0001 |
| 5534516 | + | EDI: AIS.COM | Nov 15 2025 00:21:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5510194 | + | EDI: SYNC | Nov 15 2025 00:21:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5510195 | + | EDI: SYNC | Nov 15 2025 00:21:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5516406 | | EDI: USBANKARS.COM | Nov 15 2025 00:21:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5510182 | | EDI: USBANKARS.COM | Nov 15 2025 00:21:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: ntcdsm | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5531871 | + | EDI: AIS.COM | Nov 15 2025 00:21:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5510197 | + | Email/Text: bk@worldacceptance.com | Nov 14 2025 19:24:59 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ferguson Federal Credit Union |
| cr | | First Heritage |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−01221−JAW
Chapter: 13

In re:
    Sonya Lynette Moye−Daniels
    aka Sonya Lynette Moye Daniels
    1440 Cindy Dr
    Terry, MS 39170

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5444

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 14, 2025.

Dated: 11/14/25

    Danny L. Miller, Clerk of Court
    Thad Cochran U.S. Courthouse
    501 E. Court Street
    Suite 2.300
    Jackson, MS 39201
    601−608−4600