United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01221-JAW

Sonya Lynette Moye-Daniels     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Nov 14, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya Lynette Moye-Daniels, 1440 Cindy Dr, Terry, MS 39170-8554 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Clinton Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonya Lynette Moye-Daniels trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |

District/off: 0538-3                           User: mssbad                                Page 2 of 2
Date Rcvd: Nov 14, 2025                        Form ID: pdf012                             Total Noticed: 1

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                            CHAPTER 13:

**SONYA LYNETTE MOYE-DANIELS**                   CASE NO. 25-01221- JAW

**AGREED ORDER**
**GRANTING TRUSTEE'S MOTION TO DISMISS**

**THIS MATTER** came before the Court on the Trustee's Notice and Motion to Dismiss for Non-Payment (Docket #43) and the Debtor's Response (Docket #44). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby granted and the case is hereby dismissed.

**##END OF ORDER##**

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas Carl Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas Carl Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. Box 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Fax: (601) 500-5296 |
| Office: (601) 981-9100 | Email: trollins@therollinsfirm.com |
| Email: KGrizzell@tpmartinch13.com | |