**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Sonya Lynette Moye-Daniels**                    **Case No. 25-01221-JAW**
            **, Debtor**                                        **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,234.00 | $437.40 | $2,671.40 | 33 | 7/25/2025 |
| $712.00 | $47.34 | $759.34 | 48 | 11/12/2025 |
| $621.50 | $0.74 | $622.24 | n/a | n/a |
| $3,657.50 | $458.48 | $4,052.98 | | |



**ROLLINS LAW FIRM**

# INVOICE

Invoice # 8029
Date: 06/25/2025
Due On: 07/25/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Sonya Lynette Moye-Daniels

## 05860-Moye-Daniels Sonya Lynette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BM | 04/07/2025 | Incoming Call: Call from debtor to verify we received her payment of $650, informed debtor that we did | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/08/2025 | Input Case - prepare petition, review and select debts to import from CR, add debts in GIP not on CR, research SSN in Lexis | 0.30 | $275.00 | $82.50 |
| Service | BB | 04/08/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing credit report and requesting cosigner information on two debts. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/10/2025 | Review email from debtor: Reviewed email from debtor stating she does not have a cosigner for the mentioned debts. Debtor stated the credit report does not show in the email. Drafted email to debtor attaching her credit report a second time. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/10/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Review of all documents (information packet, pay stubs, tax returns, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Compiled list of documents still needed for filing. Drafted email to debtor with the list. Drafted text to debtor informing the of | 0.60 | $100.00 | $60.00 |

| | | | the email. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 04/10/2025 | Review email from debtor: Reviewed email from debtor stating she received the list and will be working on the requested documents. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/14/2025 | In-Office Conference: Debtor came to bring documents requested by BB, including bank statements and packet information. Gave to SA for review. | 0.20 | $100.00 | $20.00 |
| Service | BB | 04/16/2025 | Review and organize documents provided by debtor: Reviewed email providing 12 documents from debtor. Reviewed and organized. Reviewed all provided document and updated list of needs for filing. Drafted email to debtor providing the list. | 0.40 | $100.00 | $40.00 |
| Service | BB | 04/16/2025 | Review email from debtor: Reviewed email from debtor providing more answer for missing packet information and requested a copy of her gross income page so she can separate by month as requested. Reviewed and organized information. Drafted email to debtor providing a copy of the requested document. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/18/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing list of individual pay and missing packet information. Reviewed, converted to pdf, merged, and organized. Assigned input task list. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/21/2025 | Incoming Call: Phone conference with debtor expressing concerns to file quickly as her gas company is attempted to turn off her gas. Informed the debtor she is listed as a streamline client and the attorney is working on her file. Informed the debtor we will update her as soon as we have one. Drafted email to BM informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/22/2025 | Review and respond to email memo: Reviewed email memo from BM providing a reply from jen in regards to the debtors concern of her current gas bill. Drafted email to debtor informing her the attorney states it is up to her on whether she would like us to list it in her case and informed | 0.10 | $100.00 | $10.00 |

Invoice # 8029 - 06/25/2025

| | | | her of the pros and cons of that. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 04/22/2025 | Review email from debtor: Reviewed email from debtor inquiring if we are able to negotiate collections fees on her current gas bill. Confirmed with BM and informed the debtor we are unable to do so. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/22/2025 | Review email from debtor: Reviewed email from debtor requesting if we can negotiate with her gas company if she can pay them next Friday. Drafted email to debtor informing her she will have to contact her gas company to negotiate. | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/22/2025 | Input Case- add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.70 | $155.00 | $108.50 |
| Service | BM | 04/22/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting: value of wilson hopper trailer, collateral for secured loans, and name(s)/address of cosigners | 0.10 | $155.00 | $15.50 |
| Service | BM | 04/22/2025 | Review email from debtor: Received email from debtor providing me with collateral for secured loans and value of wilson hopper trailer. Debtor stated the Ferguson loans are not cosigned. Emailed debtor to request a copy of the Ferguson FCU loan documents as debtor's credit report shows the loans were joint applications. | 0.10 | $155.00 | $15.50 |
| Service | BM | 04/22/2025 | Input Case-continued preparation of Schedule B, Schedule D/F, and SOFA | 0.30 | $155.00 | $46.50 |
| Service | BB | 04/23/2025 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/24/2025 | Review email from debtor: Reviewed email from debtor stating there were four creditors missing from her matrix and she would like to add an insurance company. Reviewed debtors credit report and matrix and discovered all four creditors are listed. Drafted email to debtor informing her of this and inquired if the insurance company is her current company. | 0.30 | $100.00 | $30.00 |

| Service | BB | 04/25/2025 | Review email from debtor: Reviewed email from debtor stating the mentioned debt for insurance company will be closed soon and she would like to add them. Drafted email to debtor requesting the address and when the debt was opened. | 0.10 | $100.00 | $10.00 |
|---------|-----|-----------|------|------|---------|--------|
| Service | BB | 04/25/2025 | Review email from debtor: Reviewed email from debtor providing the requested information on the additional debt. Gathered information and input into schedule F. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/25/2025 | Begin schedule B, vehicles in business name & Δ wants to keep, but business is closed. Need additional info before I move forward | 0.10 | $275.00 | $27.50 |
| Service | BM | 04/28/2025 | Contact Debtor (Text/Email): Drafted email to debtor asking for clarification on her business and how it's operating if it was closed in November. Provided debtor with a business questionnaire to complete if she is in fact still driving as her source of income. | 0.10 | $155.00 | $15.50 |
| Service | BM | 04/29/2025 | Input Case-made updates to Schedule B and SOFA based on debtor's business not being closed | 0.20 | $155.00 | $31.00 |
| Service | BM | 04/29/2025 | Contact Debtor (Text/Email): Emailed debtor to request April profit/loss statement | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/30/2025 | Incoming Call: Phone conference with debtor; drafted memo to BM. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/01/2025 | Review message from TR | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/06/2025 | Provide treatment for all secured debts, prepare MT, I/J for business income. Calculate plan pmt | 0.40 | $275.00 | $110.00 |
| Service | JAC | 05/08/2025 | Review clio memo re: signing appointment scheduled | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/08/2025 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | BM | 05/12/2025 | Incoming Call: Call from Ferguson FCU asking for debtor's case number. Explained that debtor has her signing today with the attorney and they can check back tomorrow. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/12/2025 | Prepare the petition, schedules, forms to file with the court. Download, | 0.40 | $275.00 | $110.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review, & import CCC to best case. File everything with Court. | | | |
| Service | BB | 05/12/2025 | Review and organize documents provided by debtor: Reviewed Navy Federal bank statement provided by debtor. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/12/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/12/2025 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing.<br><br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/14/2025 | Incoming Call: Telephone conference with Ferguson Federal about a case number provided case number and the date of filing | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/15/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing the date and time for their meeting of creditors and stating it will be held at our office unless other arrangements need to be made. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/15/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating she has received the message. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/15/2025 | Review: 25-01221-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $275.00 | $55.00 |
| Service | KR | 05/16/2025 | Reviewed and revised all ecf filings with correct docket event; created ecf folder; merged all ecf filings into ecf folder | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/16/2025 | Review: 25-01221-JAW Order Upon Debtor Directing Payments to Trustee Document# 10 | 0.10 | $275.00 | $27.50 |
| Service | KR | 05/19/2025 | Reviewed court docket for the Plan and the Meeting of Creditors; reviewed the credit union website to | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | verify address of Ferguson; drafted Notice of Plan using the information from the plan, Meeting of Creditors and the credit union website; drafted email memo to JAC re:review notice | | | |
| Service | BB | 05/19/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Payment order. Drafted email to debtor including their direct payment order and TFS directions informing them of when their first payment is due. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/19/2025 | review & approve drafted notice of plan | 0.10 | $275.00 | $27.50 |
| Service | KR | 05/19/2025 | Review email from Attorney: Reviewed email memo from JAC re: Notice of Plan; prepared the Notice and the Plan for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/19/2025 | Call Debtor: Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice and the Plan with the Declaration of Mailing attached for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/19/2025 | Reviewed and revised all new ecf filings with correct docket event; merged all new ecf filings with existing ecf filings | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/20/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Drafted email to debtor with list of needed documents. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/21/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing the list of documents needed for the Trustee and informed the debtor we are approaching the due date. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2025 | Review: 25-01221-JAW Docket Entry #15 has been updated Document# 15 | 0.10 | $275.00 | $27.50 |
| Service | CO | 05/23/2025 | Incoming Call: Phone conference with | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Deon Gilbert, owner of Our Christian Academy, stating she received the debtor's notice of filing but had no record of her owing debts or being employed there. Took down her contact information and created task for BB to review. | | | |
| Service | BM | 05/27/2025 | Incoming Call: Call from Brian with Ferguson FCU stating he cannot locate the debtor in their system after they received debtor's Notice of Plan in the mail. Provided creditor with debtor's name, telephone number, address, and business name-creditor was still unable to locate debtor. Reviewed debtor's file and found a copy of the loan contract for the 2018 International that's financed with Ferguson FCU. Drafted email to creditor with copy of loan contract so they can try to find debtor in their system and file a POC | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/27/2025 | Reviewed memo stating debtors creditor contacted us stating a debt listed was not in her name but only her husbands. Drafted email memo to KR informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/27/2025 | Review and organize documents provided by debtor: Reviewed and organized Trustee documents into the Trustee website. | 0.30 | $100.00 | $30.00 |
| Service | KR | 05/28/2025 | Reviewed and revised all new ecf filings with the correct docket event; merged all new ecf filings with existing ecf filings | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/28/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/28/2025 | Review and respond to email memo: Reviewed email memo from BB re: leased trailer; drafted email to BB inquiring if she verified if it was included in the plan and if it is in her name | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/30/2025 | Telephone conference with BB re: Fergus FCU being notified instead of Ferguson FCU; reviewed court docket for Notice of Filing; drafted email | 0.30 | $155.00 | $46.50 |

| | | | memo to JAC re: incorrect creditor | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/02/2025 | Review email from Attorney: Reviewed email from JAC re: amended Notice of Plan; drafted Amended Notice of Plan; drafted email memo to JAC re: review Amended Notice of Plan | 0.20 | $0.00 | $0.00 |
| Service | BB | 06/02/2025 | Call Debtor: Phone conference with debtor gaining clarification on two creditors stating they either do not have record of her debt and that her debt is not in her name. Debtor stated she will be providing documentation. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/03/2025 | review & revise drafted amended notice | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/03/2025 | Review email from Attorney: Reviewed email memo from JAC re: Amended Notice of Plan; revised the Certificate of Service; drafted email memo to JAC re: Notice of Plan correct filing | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/04/2025 | Review email from Attorney: Reviewed email memo from JAC re: Amended Notice of Plan; Prepared the Amended Notice and the plan for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | BB | 06/04/2025 | Review email from debtor: Reviewed email from debtor providing proof of contact from creditors and a contract signing for one of the loans. Drafted email to KR informing her and providing her with the proof. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/04/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice and the Plan with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 06/06/2025 | Call Debtor: Phone conference with creditor informing we have a copy of the contract signed with her provided by the debtor. Creditor requested a copy. Drafted email to creditor providing the requested copy. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/06/2025 | Call Debtor: Phone conference with debtor confirming which daughter attended the Christian academy. Attempted phone conference with | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | creditor which resulted in leaving a voicemail providing a description of the reason for calling. | | | |
| Service | BB | 06/06/2025 | Incoming Call: Phone conference with debtor confirming she received the contract signed by the debtor and acknowledged it was the debtors signature. Creditor inquired if she will receive any compensation. Informed the creditor all I can do is check with the paralegal. Researched debtors plan in best case in attempt to discover any compensation. Drafted email memo to KR informing her of the conversations and inquiring about compensation. | 0.30 | $100.00 | $30.00 |
| Service | BB | 06/06/2025 | Contact Debtor (Text/Email): Phone conference with KR while reviewing email from KR explaining what the creditor may or may not be entitled to and how to locate the information. Drafted email to creditor informing her. | 0.30 | $100.00 | $30.00 |
| Service | BB | 06/06/2025 | Incoming Call: Phone conference with creditor confirming the debt of our debtor. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/10/2025 | Attend Ch 13 Meeting of Creditors Torri Parker Martin | 1.00 | $275.00 | $275.00 |
| Service | KR | 06/11/2025 | Drafted email to the attorney representing First Metropolitan inquiring about the Motion to Lift the Automatic stay has been filed yet for the property they are trying to pick up | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/13/2025 | Reviewed email from attorney for First Metropolitan about the Motion for Relief and what the plan stated | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/16/2025 | Drafted email the attorney for First Metropolitan informing her again that even though the plan shows the surrendering of the property a Motion for Relief still needs to be filed. | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/17/2025 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JAC | 06/18/2025 | Review POC 8 filed - debt is for first heritage. Saw notes that TC signed an AO. Updated the claim in BC, sent message to TC to see what AO terms are so I can provide the correct treatment | 0.20 | $275.00 | $55.00 |

Invoice # 8029 - 06/25/2025

| Service | BB | 06/18/2025 | Review email from Attorney: Reviewed forwarded email by attorney from the Trustee office requesting debtors applecash and profit loss statements. Reviewed and organized profit loss statements. Drafted email to debtor requesting the applecash statements. | 0.10 | $100.00 | $10.00 |
|---------|-----|------------|---|------|---------|--------|
| Service | BB | 06/20/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor providing March and April applecash statements. Reviewed and organized. Drafted email to debtor requesting February. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/23/2025 | Review: 25-01221-JAW Order on Objection to Confirmation Document# 21 | 0.10 | $275.00 | $27.50 |
| Service | BB | 06/23/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing the remaining requested bank statement for the Trustee. Reviewed, merged, and organized. Gathered all additional documents requested by the Trustee and loaded to Trustee website. | 0.20 | $100.00 | $20.00 |
| Service | KR | 06/25/2025 | Drafted 1st part of the 1st Application; reviewed Matrix for estimated cost of mailing | 0.20 | $155.00 | $31.00 |
| | | | **Services Subtotal** | | | **$2,234.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 05/12/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 05/12/2025 | Credit Report | 1.00 | $45.00 | $45.00 |
| Expense | 05/12/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 05/19/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $33.17 | $33.17 |
| Expense | 06/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 06/25/2025 | Estimated Mailing Expense for the 1st Application (certificateofservice.com) | 1.00 | $22.04 | $22.04 |
| | | **Expenses Subtotal** | | | **$437.40** |

Invoice # 8029 - 06/25/2025

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.5 | $275.00 | $687.50 |
| Thomas Rollins | Attorney | 1.3 | $275.00 | $357.50 |
| Brooke Brueland | Non-Attorney | 5.7 | $100.00 | $570.00 |
| Vanessa Martinez | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Breanne McDaniel | Non-Attorney | 2.0 | $155.00 | $310.00 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 1.8 | $155.00 | $279.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | | | **Subtotal** | **$2,671.40** |
| | | | **Total** | **$2,671.40** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8029 | 07/25/2025 | $2,671.40 | $0.00 | $2,671.40 |
| | | | **Outstanding Balance** | **$2,671.40** |
| | | | **Total Amount Outstanding** | **$2,671.40** |

6/25/25, 10:51 AM                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload? [4]     pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2**  How many parties will be receiving your documents?     [29]     parties

This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.     [2]

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4**  We will print your documents 1 page per side.     [1]

**Disclaimer & User Agreement:**

for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|                           |                                                               |
|---------------------------|---------------------------------------------------------------|
| Date and Time:            | Wed Jun 25 2025 10:50:56 GMT-0500 (Central Daylight Time)     |
| Total Pages to Print:     | 116                                                           |
| Sheets Per Envelope       | 2                                                             |
| First Class Postage Rate  | $ 0.73                                                        |
| Print Rate:               | $ 0.19                                                        |
| Printing Cost:            | $                          22.04                             |
| Postage Cost:             | $                 21.169999999999998                         |
| Total Cost:               | $                 43.209999999999994                         |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



**INVOICE**

# The Rollins Law Firm, PLLC

Invoice # 8445
Date: 10/30/2025
Due On: 11/29/2025

P.O. Box 13767
Jackson, MS 39236
United States

Sonya Lynette Moye-Daniels

## 05860-Moye-Daniels Sonya Lynette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 06/25/2025 | Draft Fee Application and Proposed Order: Drafted invoice; drafted 2nd part of the 1st Application, the Proposed Order and the Notice; drafted internal message to TR re: review Application; drafted email memo to VM to get the affidavit notarized and signed | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/25/2025 | Review email from Attorney: Reviewed internal message from TR re: 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Reviewed email memo from SA with the affidavit for the Application; merged with the Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Prepared the Application for Compensation; prepared the Application, Notice, Exhibit A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/26/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Notice, Exhibits A, C, Proposed Order and the Cost of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/27/2025 | Review: 25-01221-JAW Notice with mailing Document# 25 | 0.10 | $275.00 | $27.50 |
| Service | TR | 07/15/2025 | Review obj, call client, email Cynthia Hood | 0.20 | $275.00 | $55.00 |

| Service | JAC | 07/15/2025 | Review: 25-01221-JAW Objection to Confirmation of the Plan Document# 28 | 0.20 | $275.00 | $55.00 |
|---|---|---|---|---|---|---|
| Service | BB | 07/15/2025 | Call Debtor: Phone conference with debtor collecting information needed for certain collateral items. Drafted message to TR informing him of their status. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/18/2025 | Review: 25-01221-JAW Order Setting, Resetting, or Continuing a Hearing Document# 30 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/21/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $275.00 | $55.00 |
| Service | JAC | 07/25/2025 | Review: 25-01221-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 32 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/25/2025 | Review: 25-01221-JAW Order on Application for Compensation Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | KR | 08/05/2025 | Incoming Call: Telephone conference with attorney for First Metropolitan about the Objection to Confirmation wanting to speak with the attorney; drafted email memo to TR re: Objection to Confirmation Hearing | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/07/2025 | Call w/ Joey Hood re: value and location of collateral - Obj to Conf | 0.20 | $275.00 | $55.00 |
| Service | TR | 08/07/2025 | Call w/ Client to discuss settlement proposal | 0.10 | $275.00 | $27.50 |
| Service | TR | 08/07/2025 | Call w/ Joey to discuss settlement | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/11/2025 | Review: 25-01221-JAW Order on Objection to Confirmation Document# 36 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/14/2025 | Review: 25-01221-JAW Order Confirming Chapter 13 Plan Document# 38 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/15/2025 | Review: 25-01221-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 39 | 0.10 | $275.00 | $27.50 |
| Service | BB | 08/18/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing amended payment order. | 0.10 | $100.00 | $10.00 |

| Service | KR | 10/08/2025 | Call Debtor: Reviewed the Trustee's website to verify payments received; called debtor left message; drafted email and text about the delinquency amount for her plan payments and explained that a payment needs to be received or a Motion to Dismiss could be filed; requested call back | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | KR | 10/09/2025 | Call Debtor: Received message from debtor requesting a call back; telephone conference with debtor about the delinquency and her scheduled payments; reviewed the process of what happens when a Motion to Dismiss is filed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/21/2025 | Review: 25-01221-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 43 | 0.10 | $275.00 | $27.50 |
| Service | BB | 10/21/2025 | Drafted motion to dismiss due to non payment Letter and emailed to SA for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/22/2025 | Contact Debtor (Text/Email): Reviewed email from SA stating the letter has been signed. Drafted email to debtor providing a copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/22/2025 | Incoming Call: Telephone call from debtor informing she received letter about Motion to Dismiss is the mail; she said that she will not be sending the $2,790 payment that she said she was sending as her vehicle needed repairs; informed her that I would have KR call her to discuss the MTD. | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/24/2025 | Review and revise itemizations | 0.10 | $275.00 | $27.50 |
| | | | **Services Subtotal** | | | **$712.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/26/2025 | Difference of cost of Mailing Expense for 1st Application for Compensation (certificateofservice.com) | 1.00 | $43.84 | $43.84 |
| Expense | 10/24/2025 | Estimated Cost of Mailing Expense (certificateofservice.com) | 1.00 | $3.50 | $3.50 |

**Expenses Subtotal**     **$47.34**

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.2 | $275.00 | $330.00 |
| Thomas Rollins | | Attorney | 0.7 | $275.00 | $192.50 |
| Brooke Brueland | | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | | Non-Attorney | 0.4 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$759.34** |
| | | | | **Total** | **$759.34** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8029 | 07/25/2025 | $2,671.40 | $0.00 | $2,671.40 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8445 | 11/29/2025 | $759.34 | $0.00 | $759.34 |
| | | | **Outstanding Balance** | **$3,430.74** |
| | | | **Total Amount Outstanding** | **$3,430.74** |

Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? `4` pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents? `1` parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. `2`

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side. `1`

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

Get Estimate!

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
| | 2 | |
| Date and Time: | Thu Oct 30 2025 14:30:09 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 4 | |
| Sheets Per Envelope | 2 | |
| First Class Postage Rate | $ 0.78 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 0.76 |
| Postage Cost: | $ | 0.78 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

Print This Estimate

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8514
Date: 11/24/2025
Due On: 12/24/2025

P.O. Box 13767
Jackson, MS 39236
United States

Sonya Lynette Moye-Daniels

## 05860-Moye-Daniels Sonya Lynette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 10/28/2025 | Reviewed email from debtor with the proof of repairs for her truck; drafted response per the Motion to Dismiss; drafted email memo to TR re:review response | 0.20 | $155.00 | $31.00 |
| Service | KR | 10/30/2025 | Reviewed email memo from TR re: response per the Motion to Dismiss; prepared the response for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/30/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; reviewed court docket for rafted 2nd Application for Compensation, Proposed Order, 2nd Invoice and Lodestar; drafted internal message to TR re: review 2nd Application | 0.40 | $155.00 | $62.00 |
| Service | KR | 10/30/2025 | Drafted email memo to VM with the affidavit for the Application for Compensation to get notarized | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/03/2025 | Reviewed email memo from VM with the affidavit for the Application; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 11/03/2025 | Drafted email to the staff attorney for the Trustee regarding working out an Agreed Order per the Motion to Dismiss; provided copy of the repair invoice | 0.10 | $155.00 | $15.50 |

| Service | KR | 11/03/2025 | Contact Debtor (Text/Email): Reviewed email from the Trustee's office about the Motion to Dismiss and the response we filed; they inquired if the debtor will be able to make a full payment by the end of the month; drafted email to debtor about the payment | 0.10 | $155.00 | $15.50 |
|---------|----|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------|--------|
| Service | KR | 11/03/2025 | Review email from debtor: Reviewed email from debtor about the delinquency; stating that she just received notice about the government shut down affecting her income; drafted email to debtor requesting a copy of the Notice | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/03/2025 | Review email from debtor: Reviewed email from debtor stating that she has received a copy the notice; drafted another email to debtor requesting a copy so I can provide to the Trustee since they are requesting a full payment by the end of the month | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/03/2025 | Review email from debtor: Reviewed email from debtor stating that the Notice was a verbal notice; drafted email to debtor requesting something that I can provide to the Trustee to show that the employer will be shut down and she will not be getting paid of they will still require a full month's payment to prevent the case from dismissal | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/05/2025 | Review email from debtor: Reviewed email from debtor with the Furlough Letter; merged with client documents; drafted internal message to TR | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/05/2025 | Review email from debtor: Reviewed email from debtor stating she will see if there is any funds she can send in towards the monthly payment since she is unsure of when her next pay check will be; drafted email to debtor requesting her to let me know once she reviews and decides | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/07/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Dismiss; drafted email to the Trustee's office inquiring about curing the delinquency with a 60 day strict enforcement | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 11/07/2025 | Reviewed email from the Trustee's office about the delinquency and the payments; they are going to review the proposal on an agreed order with a 60 day strict enforcement | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/07/2025 | Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, the Exhibits A, B and C for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/07/2025 | Review: 25-01221-JAW Transfer of Claim (with Waiver of Notice) Document# 45 | 0.10 | $275.00 | $27.50 |
| Service | KR | 11/07/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation with the Declaration of Mailing attached, the exhibits A, B, C, the proposed order and the cost of mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/12/2025 | Drafted email to the Trustee's office inquiring about an update on the proposal for the Agreed Order per the Motion to Dismiss | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/12/2025 | Review: 25-01221-JAW Order on Application for Compensation Document# 48 | 0.10 | $275.00 | $27.50 |
| Service | KR | 11/13/2025 | Reviewed email from the trustee's office about the Agreed Order dismissing the case; drafted internal message to TR re: Motion to Allow Payment Arrearage | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/13/2025 | Call Debtor: Telephone conference with debtor about the Trustee trying to still dismiss the case and not working with us on the Motion to Dismiss; she explained she is going back to work Monday but her first check will not be until next month | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/14/2025 | Call Debtor: Telephone conference with debtor about the Trustee dismissing her case; reviewed the process of refiling; she is interested in refiling; explained the documents needed; drafted email to debtor with the refiling packet and the profit/loss statement | 0.30 | $155.00 | $46.50 |

Invoice # 8514 - 11/24/2025

| Service | JAC | 11/17/2025 | Review: 25-01221-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 50 | 0.10 | $275.00 | $27.50 |
|---|---|---|---|---|---|---|
| Service | JAC | 11/17/2025 | Review: 25-01221-JAW Release of Wages Document# 54 | 0.10 | $275.00 | $27.50 |
| Service | KR | 11/24/2025 | Drafted invoice and final application for compensation | 0.60 | $155.00 | $93.00 |
| | | | **Services Subtotal** | | | **$621.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/07/2025 | Difference of Mailing Expense for the 2nd Application for Compensation (certificateofservice.com) | 1.00 | $0.74 | $0.74 |
| | | **Expenses Subtotal** | | | **$0.74** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.4 | $275.00 | $110.00 |
| Kerri Rodabough | | Non-Attorney | 3.3 | $155.00 | $511.50 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$622.24** |
| | | | | **Total** | **$622.24** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8029 | 07/25/2025 | $2,671.40 | $0.00 | $2,671.40 |
| 8445 | 11/29/2025 | $759.34 | $0.00 | $759.34 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 8514 - 11/24/2025

| 8514 | 12/24/2025 | $622.24 | $0.00 | $622.24 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$4,052.98** |
| | | | **Total Amount Outstanding** | **$4,052.98** |